# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                       **Case No.: 4:17–cr–00293–BSM**

**Heath Kizer**                                                                               **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for March 30, 2022, at 11:30 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** February 4, 2022                                AT THE DIRECTION OF THE COURT
                                                                                       TAMMY H. DOWNS, CLERK

                                                                                     **By:**   Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas