# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1698

_____

United States of America

Plaintiff - Appellee

v.

Heath Kizer

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-23)

_____

**JUDGMENT**

Before COLLOTON, GRUENDER, and KOBES, Circuit Judges.

The motion for leave to file the response out of time filed by Mr. Omar Greene is granted. The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

April 27, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans

Adopted April 15, 2015
Effective August 1, 2015

**Revision of Part V of the Eighth Circuit Plan to Implement the Criminal Justice Act of 1964.**

V. Duty of Counsel as to Panel Rehearing, Rehearing En Banc, and Certiorari

Where the decision of the court of appeals is adverse to the defendant in whole or in part, the duty of counsel on appeal extends to (1) advising the defendant of the right to file a petition for panel rehearing and a petition for rehearing en banc in the court of appeals and a petition for writ of certiorari in the Supreme Court of the United States, and (2) informing the defendant of counsel's opinion as to the merit and likelihood of the success of those petitions. If the defendant requests that counsel file any of those petitions, counsel must file the petition if counsel determines that there are reasonable grounds to believe that the petition would satisfy the standards of Federal Rule of Appellate Procedure 40, Federal Rule of Appellate Procedure 35(a) or Supreme Court Rule 10, as applicable. *See Austin v. United States,* 513 U.S. 5 (1994) (per curiam); 8th Cir. R. 35A.

If counsel declines to file a petition for panel rehearing or rehearing en banc requested by the defendant based upon counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion to withdraw must be filed on or before the due date for a petition for rehearing, must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for rehearing, and must request an extension of time of 28 days within which to file pro se a petition for rehearing. The motion also must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

If counsel declines to file a petition for writ of certiorari requested by the defendant based on counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

A motion to withdraw must be accompanied by counsel's certification that a copy of the motion was furnished to the defendant and to the United States.

Where counsel is granted leave to withdraw pursuant to the procedures of *Anders v. California,* 386 U.S. 738 (1967), and *Penson v. Ohio*, 488 U.S. 75 (1988), counsel's duty of representation is completed, and the clerk's letter transmitting the decision of the court will notify the defendant of the procedures for filing pro se a timely petition for panel rehearing, a timely petition for rehearing en banc, and a timely petion for writ of certiorari.

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 27, 2022

Mr. Omar Greene
LAW OFFICE OF OMAR F. GREENE
Suite 255
1501 N. University Avenue
Little Rock, AR  72207

RE:  22-1698  United States v. Heath Kizer

Dear Mr. Greene:

  Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

              Michael E. Gans
              Clerk of Court

BNW

Enclosure(s)

cc: Ms. Liza J. Brown
   Ms. Kristin Huntington Bryant
   Ms. Tammy H. Downs
   Mr. Heath Kizer
   Ms. Stephanie Mazzanti

  District Court/Agency Case Number(s):   4:17-cr-00293-BSM-23

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 22-1698 United States v. Heath Kizer "judgment filed granting to file response out of time" (4:17-cr-00293-BSM-23) |
| **Date:** | Wednesday, April 27, 2022 9:25:47 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/27/2022

**Case Name:**     United States v. Heath Kizer
**Case Number:**   22-1698
**Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** The motion for leave to file the response out of time filed by Mr. Omar Greene is granted [5150105-3]. The motion to dismiss the case filed by Ms. Stephanie Mazzanti is granted [5146047-2]. The appeal is hereby dismissed. DISMISSED. STEVEN M. COLLOTON, RAYMOND W. GRUENDER and JONATHAN A. KOBES Adp Apr 2022 [5151156] [22-1698] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Omar Greene: ogreene@omargreene.com
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov

**Notice will be mailed to:**

Mr. Heath Kizer
31593-009
4127 W. Stoney Bend Drive
Fayetteville, AR 72704

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_221698_5151156_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/27/2022] [FileNumber=5151156-0]
[2ee3f5ecfbda49ddbbc7927474cccabac9fe5e9d0432f7758010bfb2c66188299bd5fba0dd92210dcf2273ab569a70942681cc04f5df167859c4273b8275ae85]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Omar Greene
- Mr. Heath Kizer
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_221698_5151156_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/27/2022] [FileNumber=5151156-1]
[5c8467406fc42fa39b9a277c92f23073e71d56fc88685848950723b3c08bf375465a50dd0a0dbcb669b4228b87b48a09cd78d4b6f371e0557d42ba08ec7e52da]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Omar Greene
- Mr. Heath Kizer
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney

**Document Description:** Revision Part V of Plan to Implement CJA
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_221698_5151156_RevisionPartVofPlantoImpCJA_539.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/27/2022] [FileNumber=5151156-2]
[cb319b62f1aa8686464506d9058e244e120c60adafa930417ac8755bf96c877678f19603d605c547e8d467fb939f73ae2a79aed747b9916821e456d6b6b2bc57]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney

- Mr. Omar Greene
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5151156
**RELIEF(S) DOCKETED:**
  to file response out of time
  dismiss case
  Dismissed
**DOCKET PART(S) ADDED:** 7011704, 7006884, 6998770, 7011705, 7011706